IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FRIDA KAHLO CORPORATION,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:20-cv-04686

Judge Sara L. Ellis

Magistrate Judge Sunil R. Harjani

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 231 | lkyfezzq |
| 230 | jyqgkbgu |
| 251 | xushugongshu1 |
| 228 | haorangba2 |
| 223 | dahvuuog |
| 218 | mrhebmgout |
| 219 | sdfdddddddddddddddddfsdfddfs |
| 224 | fhdhdshb |
| 238 | 87JFGNGF |
| 246 | lopali |
| 260 | quanzhoushixidingwangluokejiyouxiangongsi |
| 72 | sichuanhenghengyingfushiyouxiangongsi |
| 249 | nrkrevzxvaqw |
| 291 | edfregtythjuyik |
| 232 | putianshiweicemaoyiyouxiangongsi |
| 187 | cevbtsojov |

DATED: October 5, 2020          Respectfully submitted,

                               */s/ Keith A. Vogt*
                               Keith A. Vogt (Bar No. 6207971)
                               Keith Vogt, Ltd.
                               111 West Jackson Boulevard, Suite 1700
                               Chicago, Illinois 60604
                               Telephone: 312-675-6079
                               E-mail: keith@vogtip.com

                               ***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on October 5, 2020 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt